# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

—oOo—



FILED
JAN 29 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA

v.

HUMBERTO ORTEGA QUINTERO,
LUIS RODRIGUEZ LINARES, and
ERICK MENDOZA GUIZAR

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:08 MJ 00013 SMS

I, DAVID STAHL, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

**COUNT 1 CONPSIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE**

On or about January 7, 2008, in the County of Fresno, in the Eastern District of California, the defendants, Humberto Ortega Quintero, Luis Rodriguez Linares, and Erick Mendoza Guizar, did conspire with each other, and individuals unknown, to distribute and possess with intent to distribute 500 grams and more of a mixture containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846, with a maximum penalty of life imprisonment, a fine of $4,000,000, and a special assessment of $100.

▸ I further state that I am a Special Agent for the U.S. Drug Enforcement Administration and that this complaint is based on the following facts:

See Affidavit of Special Agent David Stahl, attached hereto and incorporated herein.

_X_ Continued on the attached sheet and made a part hereof.

Signature of Complainant David Stahl, Special Agent
U.S. Drug Enforcement Administration

Sworn to before me, and subscribed in my presence
January 29, 2008
Date

at Fresno, California
City and State

Sandra M. Snyder
U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT OF SPECIAL AGENT DAVID STAHL

I, David Stahl, being duly sworn, hereby depose and state as follows:

1. I am employed as a Special Agent with the United States Drug Enforcement Administration

2. This affidavit is made in support of a criminal complaint for Humberto Ortega Quintero, Luis Rodriguez Linares, and Erick Mendoza Guizar for violating Title 21, United States code, sections 846 and 841(a)(1), conspiracy to distribute and possess with intent to distribute 500 grams and more of methamphetamine.

3. The information contained in this affidavit is based upon my information related to me by other law enforcement officers and/or agents.

4. In January, 2008, I spoke with Detective Paul Cervantes of the Major Narcotics Unit of the Fresno Police Department. Detective Cervantes told me about a buy-bust operation involving Humberto Ortega Quintero, Luis Rodriguez Linares, and Erick Mendoza Guizar. He also provided me with a copy of the report he prepared in connection with the operation.

5. On January 7, 2008, a confidential reliable informant (CRI) told Det. Cervantes that he was negotiating to buy methamphetamine from an individual who he knew as "Vallos," later identified as Humberto Ortega Quintero. Det. Cervantes had worked with the CRI previously. The CRI had provided Det. Cervantes with information that Det. Cervantes was able to corroborate and that led to other arrests.

6. The CRI made a recorded call and arranged to meet with QUINTERO to obtain a sample methamphetamine. The two met, and QUINTERO provided the CRI with a sample. The CRI then provided

the sample to Det. Cervantes who opined based upon his training and experience that the substance was crystal methamphetamine.

7. The CRI arranged to buy 2 pounds of methamphetamine from QUINTERO. The CRI and two undercover detectives later met with QUINTERO. One of the undercover detectives told QUINTERO he wanted to see the drugs. QUINTERO said they couldn't view the drugs without taking a portion of the vehicle apart. The undercover detective told QUINTERO that he wanted to at least see the other people about whom QUINTERO was speaking. QUINTERO then called Luis Rodriguez LINARES and directed him to their location.

8. LINARES arrived in a Ford Expedition with Erik Mendoza GUIZAR driving. LINARES told the undercover detectives he brought the two pounds of methamphetamine. He said he couldn't show the drugs because they were hidden within the Ford Expedition. A short time later, all three were arrested.

9. Detectives found approximately two pounds of crystal methamphetamine. Next to the methamphetamine, detectives found a loaded .45 caliber Sig Sauer hand gun, and an extra magazine loaded with eight rounds of ammunition.

10. After being Mirandized and indicating that he wished to speak with Det. Cervantes, GUIZAR said that LINARES had asked him to drive to Fresno to sell drugs with QUINTERO. He said that he and LINARES drove behind QUINTERO to Modesto, where they picked up the two pounds of methamphetamine, and then they followed QUINTERO to Fresno. He said that he was to be paid, but he did not know how much. He said that he brought the gun for protection and placed it where it was found.

11. Because this affidavit is written solely for the purpose of establishing probable cause for issuance of a criminal complaint, not all results of this investigation have been

included herein.

Wherefore, based upon the above facts and information, I submit there is probable cause to believe that defendant, Humberto Ortega QUINTERO, Luis Rodriguez LINARES, and Erick Mendoza GUIZAR, have violated 21 U.S.C. Sections 846 and 841(a)(1), which make it a crime to conspire to distribute and to possess with the intent to distribute methamphetamine.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

David Stahl, Special Agent
U.S. Drug Enforcement Administration


Sworn to before me, and subscribed in my presence,
This **29th** day of January, 2008.

Sandra M. Snyder
United States Magistrate Judge