1   J.M. IRIGOYEN #177626
    Attorney at Law
2   J.M. IRIGOYEN LAW CORPORATION
    2131 Amador
3   Fresno, CA 93721

4   (559) 233-3333

5   Attorney for Defendant
    LUIS RODRIGUEZ LINARES
6

7                    UNITED STATES DISTRICT COURT FOR THE

8                     EASTERN DISTRICT OF CALIFORNIA

9
    UNITED STATES OF AMERICA,  )   Case No. 08 cr 25 OWW
10                             )
          Plaintiff,           )
11                             )
          vs.                  )   STIPULATION TO STATUS
12                             )   CONFERENCE & MOTION HEARING
    HUMBERTO QUINTERO, et a.,  )
13                             )
          Defendants.          )
14   _____)

15        It is stipulated and agreed between the parties that the

16   STATUS CONFERENCE/MOTION HEARING in the above matter currently

17   set for AUGUST 18, 2008, be continued to SEPTEMBER 8, 2008 at

18   9:00 a.m. The parties agree that the delay resulting from the

19   continuance shall be excluded in the interests of justice,

20   including but not limited to, the need for the period of time

21   set further herein for effective defense preparation and the

22   resolution of pre-trial motions that are pending pursuant to

23   18 U.S.C. §§ 3161(h)(l)(F), 3161(h)(8)(A) through 9-8-08.

24   I hereby agree to the above stipulation.

25   Dated: August 14, 2008          s/J.M. Irigoyen

26
                                     by:J.M. Irigoyen
27                                   Attorney for Defendant
                                     Luis Rodriguez Linares
28

                                     1

I hereby agree to the above stipulation.

Dated: August 14, 2008

                              s/Keith Martin

                              Keith Martin
                              Attorney for Defendant
                              Humberto Ortega Quintero


I hereby agree to the above stipulation.

Dated: August 14, 2008

                              s/John A. Garcia

                              John A. Garcia
                              Attorney for Defendant
                              ares


I hereby consent to the above stipulation.

DATED: August 14, 2008

                              s/Kimberly Sanchez

                              _____
                              Kimberly Sanchez
                              Assistant U.S. Attorney

                    ORDER CONTINUING HEARING DATE


     IT IS SO ORDERED.  Time is excluded in the interests

of justice pursuant to 18 U.S.C. §§ §§ 3161(h)(l)(F),

3161(h)(8)(A) and 3161(h)(8)(B)(I).

**IT IS SO ORDERED.**

**Dated:   August 14, 2008** _____       _____/s/ Oliver W. Wanger_____
                                          UNITED STATES DISTRICT JUDGE