**Daniel K. Martin, SBN# 246013**
**2014 Tulare Street, Suite 618**
**Fresno, California 93721**
**Telephone (559)408-7020**
**Facsimile (559) 408-7025**

Attorney for Defendant HUMBERTO ORTEGA QUINTERO

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:08 CR 00059 AWI |
| Plaintiff, | ) **DEFENDANT HUMBERTO ORTEGA** |
| vs. | ) **QUINTERO'S NOTICE OF MOTION AND** |
| | ) **MOTION FOR DISCOVERY; POINTS &** |
| HUMBERTO ORTEGA QUINTERO, et al., | ) **AUTHORITIES IN SUPPORT THEREOF** |
| Defendants. | ) Date: April 21,2009 |
| | ) Time: 9:30 |
| | ) Judge: HONNERABLE OLIVER W. WANGER |

TO McGREGOR W. SCOTT, UNITED STATES ATTORNEY, AND Kevin Runney, ASSISTANT UNITED STATES ATTORNEY:

PLEAST TAKE NOTICE that on April 21,2009, at 9:30 am, in the courtroom of the HONNERABLE OLIVER W. WANGER , Defendant, HUMBERTO ORTEGA QUINTERO, by and through his counsel will move this court for an order requiring the government to provide discovery pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and Rule 16 Federal Rules of Criminal Procedure, and Rule 404(b) Federal Rules of Evidence.

Said motion will be based on the court file, this Notice of Motion, the attached Memorandum of Points and Authorities, and any such other oral and documentary evidence as may be presented at the time of the hearing on said motion.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.**
**INTRODUCTION**

The government has filed an indictment charging Humberto Ortega Quintero, Luis Rodriguez Linares, And Erick Mendoza Guizar with 21 U.S.C §§ 846 & 841 (a) (1) Conspiracy to distribute and possess methamphetamine with intent to distribute, 18 U.S.C §924 (c) Possession of a Firearm in Furtherance of a Drug Trafficking Offense, and 18 U.S.C §924 (o) Conspiracy to Possess a Firearm in Furtherance of a Drug Trafficking Offense.

Informal discovery has been conducted between the prosecution and defense counsel. As of this date, defense counsel has received fewer than 245 pages of discovery documents. Although some material relevant to the criminal charges has been disclosed, all discovery has not yet been provided.

**II.**
**FORMAL DISCOVERY REQUEST**

1. Any and all relevant written or recorded statement made by Mr. Quintero or any of his co-defendants, or copies thereof, within the possession, custody or control of the government, the existence of which is known, or by the exercise of due diligence may become known, to the attorney for the government.

//

//

//

2. The substance of any oral statements which the government intends to offer in evidence at the trial made by Mr. Quintero or any of his co-defendants whether before or after arrest in response to interrogation by any person then known to Mr. Quintero or any of his co-defendants to be a government agent.

3. Any and all recorded testimony of Mr. Quintero or any of his co-defendants which relates to the offense charged.

4. Any and all scientific reports, examinations, or tests of any kind which the government has conducted and intends to use at trial.

5. Any and all oral or written statements made by persons interviewed during the government's investigation which are favorable to Mr. Quintero or any of his co-defendants in that they tend to exculpate them.

6. A written summary of expert witness testimony including the witness' opinions, the bases and reasons therefore, and the witness's qualifications.

7. Any and all witness statements discoverable under the Jencks Act and Rule 26.2 of the Federal Rules of Criminal Procedure including all rough notes taken during witness interviews by government agents in connection with the case.

8. A description of any and all criminal history of any witness that the government intends to present at trial including federal, state, or local offenses and the nature of the offense.

9. A detailed description of any and all prior bad acts of Mr. Quintero the government intends to introduce at trial and a statement of the government's purpose for introducing said evidence.

10. **Any and all reports generated by law enforcement regarding the prosecution of Fresno Police Officers for theft of Mr. Quintero's vehicle.**

11. **Any and all recordings made during the investigation of law enforcement regarding the prosecution of Fresno Police Offices for theft of Mr. Quintero's vehicle.**

12. **Any and all reports relevant to the informant, Jesus Valles.**

13. **The criminal history of all witnesses intended to testify at trial**

### III.
### CONCLUSION

Pursuant to Rule 16, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence, Mr. Quintero respectfully requests that the court grant this discovery request.

Dated: April 1, 2009         Respectfully Submitted,

                                        /s/ Daniel K. Martin
                                      _____
                                      Daniel K. Martin
                                      Attorney for Defendant